IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EARL RICHARD SHAMBLIN,<br><br>Defendant. | DOCKET NO. 0979 1:04CR60064-001-AA<br><br>ORDER REVOKING SUPERVISED RELEASE TERM, IMPOSING SENTENCE, AND REIMPOSING SUPERVISED RELEASE TERM |

On June 24, 2008, this Court sentenced defendant to the custody of the Bureau of Prisons for a period of 83 months to be followed by a 5-year term of supervised release subject to standard and special conditions. The term of supervised release began October 17, 2011.

On March 22, 2012, this Court issued a Warrant of Arrest and Order to Show Cause why defendant's term of supervised release should not be revoked based on the probation officer's allegations that defendant violated the conditions of release.

On November 18, 2013, defendant appeared with counsel at a hearing to determine whether defendant's supervised release should not be revoked. The Court found defendant had violated the conditions of supervised release by committing the new law violation of Delivery of

Methamphetamine.

It is the finding of the Court that defendant violated the conditions of supervised release.

It now appearing to the Court defendant is no longer suitable for continued community supervision,

**IT IS ORDERED** defendant's term of supervised release is revoked and defendant is committed to the custody of the Bureau of Prisons for a period of time served.

**IT IS FURTHER ORDERED** that upon release from imprisonment, defendant is subject to reimposition of supervised release, pursuant to 18 USC § 3583(e), and is ordered to a term of supervised release for 36 months, subject to the standard conditions and the following special condition(s):  1) The defendant shall reside in and participate in the program of a residential reentry center for no more than 120 days, to be released at the direction of the probation officer. 2) The defendant shall participate in a mental health treatment program approved by the probation officer.

**DATED** this _20_ day of November, 2013.

_____
The Honorable Owen M. Panner
Senior U.S. District Judge